IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLIER ROCHELLE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-CV-2262-K |
| | ) | |
| AURORA LOAN SERVICES, LLC, | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The District Court reviewed the proposed Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The District Court *sua sponte* dismisses without prejudice Plaintiff's claims against Aurora Loan Services, LLC., for Plaintiff's failure to effectuate service within 120 days of filing the Complaint.

SO ORDERED.

Signed December 17th, 2012.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE